# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA F. MILLER, et al., | ) |
|           Plaintiff, | ) |
| vs. | ) Case No. CIV-20-372-SLP |
| CITY OF GUTHRIE, et al., | ) |
|           Defendants. | ) |

## MINUTE SHEET OF PROCEEDINGS
## TELEPHONIC STATUS CONFERENCE

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Court Reporter: Susan Fenimore | Date proceedings held: April 29 2020 @ 1:30 p.m. Duration of Hearing 1 Hour |

| Appearance for plaintiff(s): Frank A. Urbanic and Riley W. Mulinix | Appearance for defendant(s): Jason A. McVicker |
|---|---|

**Type of Hearing held:**
☒ Motion Hearing;  ☐ Show Cause/Contempt Hearing;  ☐ *Daubert* Hearing;
☐ Pretrial Conference;  ☐ Docket Call;  ☐ Oral Arguments;  ☐ Status Conference;  ☐ Other;

> A hearing was held regarding Plaintiffs' Emergency Motion for Temporary Restraining Order and/or Request for Preliminary Injunction [Doc. No. 4] and Defendants' Motion to Dismiss [Doc. No. 10]. The Court hears arguments regarding Defendants' Motion to Dismiss. The Court finds that the case does not have standing. Defendants' Motion to Dismiss is granted. Written Order to follow.

| ☒ **Motion Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**: <br> ☐ Evidentiary hearing - Contested; <br> ☒ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Trial Status**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Other**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☐ **Oral arguments only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☒ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |