IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA F. MILLER, an individual, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-20-372-SLP |
| | ) |
| CITY OF GUTHRIE, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT OF DISMISSAL**

In accordance with the Order entered this 30th day of April, 2020, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of April, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE